

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-14-2006

# Amjad v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 04-3709

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Amjad v. Atty Gen USA" (2006). *2006 Decisions.* Paper 1589.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1589

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

———

Nos. 04-3709 and 04-4647

———

RAFIQ AMJAD and ASTER AMJAD,
                                        Petitioners
                        v.

ATTORNEY GENERAL OF THE UNITED STATES,
                                        Respondent

———

Petition for Review of the Order of the Board of Immigration Appeals
(A95 467 602, A95 467 603)

———

Argued October 24, 2005

Before: SLOVITER, FISHER, Circuit Judges, and THOMPSON, District Judge*

(Opinion filed: November 29, 2005)

———

ORDER AMENDING NOT PRECEDENTIAL OPINION


        The opinion filed on November 29, 2005 is hereby amended to redesignate the concurring
opinion as a dissenting opinion.


                                        By the Court,
                                         /s/ Anne E. Thompson
                                        District Judge*


Dated: February 14, 2006

_____

        *The Honorable Anne E. Thompson, United States District Judge for the District of New
Jersey, sitting by designation.